Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼
_____ Division

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 12 2023**

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Mansur-Abdul-Muhaiman: Hasan ) <br> ) <br> ) <br> _Plaintiff(s)_ ) <br> (Write the full name of each plaintiff who is filing this complaint. ) <br> If the names of all the plaintiffs cannot fit in the space above, ) <br> please write "see attached" in the space and attach an additional ) <br> page with the full list of names.) ) <br> -v- ) <br> David Halseth CEO: OREGON CREDIT SYSTEM INC. ) <br> ) <br> ) <br> ) <br> _Defendant(s)_ ) <br> (Write the full name of each defendant who is being sued. If the ) <br> names of all the defendants cannot fit in the space above, please ) <br> write "see attached" in the space and attach an additional page ) <br> with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial:  _(check one)_  ☐ Yes  ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mansur-Abdul-Muhaiman: Hasan |
| Street Address | c/o PO BOX 565 |
| City and County | Boulder, Boulder County |
| State and Zip Code | Colorado Republic [80306] |
| Telephone Number | |
| E-mail Address | soarmansur@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)._ Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    Defendant No. 1
        Name      David Halseth CEO: OREGON CREDIT SYSTEM INC.
        Job or Title *(if known)*      CEO: OREGON CREDIT SYSTEM INC.
        Street Address      7668 SW Mohawk Street
        City and County      Tualatin, Washington County
        State and Zip Code      Oregon 97062
        Telephone Number      (503) 639-6000
        E-mail Address *(if known)*

    Defendant No. 2
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

    Defendant No. 3
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
15 U.S. Code § 1692k - Civil liability

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* David Halseth, is a citizen of the State of *(name)* OREGON. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

The defendant, *(name)* OREGON CREDIT SYSTEM INC. , is incorporated under the laws of the State of *(name)* OREGON , and has its principal place of business in the State of *(name)* OREGON .

Or is incorporated under the laws of *(foreign nation)*                                                             ,

and has its principal place of business in *(name)*                                                             .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff has exhausted administrative remedy and comes to this court of Equity with clean hands and in good faith (See Exhibits A,B,C).
2. The Plaintiff's administrative remedy is res judicata.
3. Failure of the Defendant to respond in this matter is stare decisis.
4. Plaintiff's administrative remedy is ripe for judical review, and there are no facts in controversy.
5. Plaintiff is entitled to relief in this equitable claim.
6. Plaintiff hereby places the facts and the law before the court.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff requests judicial review of his administrative process and remedy.
2. Plaintiff requests this court to find the facts and execute on the law of the contract before this court.
3. Plaintiff requests a summary judgment on his administrative process.
4. Plaintiff requests the court order Defendant to pay the total sum of $84,000.00 USD to Plaintiff.
5. Plaintiff requests the court to release the Order of the Court to MANSUR A. HASAN.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/08/2023

Signature of Plaintiff

Printed Name of Plaintiff    Mansur-Abdul-Muhaiman: Hasan

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 5 of 5

CERTIFIED MAIL #7021 2720 0001 1551 4082
REGISTERED MAIL # US 388 185 438 US

From: Mansur-Abdul: Hasan.
c/o P.O Box 565
Boulder, Colorado Republic, nearby [80306]
non-domestic Without the United States

DATE: 05/08/2023

To: ATTN: Clerk's Office
Alfred A. Araj United States Courthouse
901 19TH Street
Denver, CO 80294
Room A-105

NOTICE TO AGENT IS NOTICE TO PRINCIPLE

NOTICE TO PRINCIPLE IS NOTICE TO AGENT

# CERTIFICATE OF SERVICE

On May 8th I mailed to:

ATTN: Clerk's Office
Alfred A. Araj United States Courthouse
901 19TH Street
Denver, CO 80294
Room A-105

The Papers identified as:

1. CIVIL COVER SHEET
2. 2 Copies of a "COMPLAINT FOR A CIVIL CASE"
3. SUMMONS IN A CIVIL ACTION
4. APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
5. AFFIDAVIT OF TRUTH
6. MAMH-INDEMNITYBOND-RE388185438US
7. EXHIBITS (A,B,C)

Date: 05/08/2023

_____
Mansur Abdul-Muhaiman: Hasan,
Plaintiff, Secured Party
All Right Reserved

X _____
Notary Public

06/25/2025
My commission expires

ANAHI RUIZ HERRERA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20214024886
MY COMMISSION EXPIRES JUN 25, 2025

Page **1** of **1**