IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01227-KLM

MANSUR-ABDUL-MUHAIMAN: HASAN,

    Plaintiff,

v.

DAVID HALSETH CEO: Oregon Credit System, Inc.,

    Defendant.

---

ORDER OF DISMISSAL

---

    Plaintiff Mansur-Abdul-Muhaiman: Hasan resides in Boulder, Colorado. On May 12, 2023, Plaintiff submitted *pro se* a Complaint for a Civil Case and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF Nos. 1, 3). Accordingly, this civil action was opened.

    On May 18, 2023, Magistrate Judge Kristen L. Mix ordered Plaintiff to cure certain deficiencies if he wishes to pursue any claims in this action. (ECF No. 4). Specifically, Plaintiff was directed to file a Complaint on the current court-approved form. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure all the deficiencies within thirty days.

    Plaintiff has failed to cure the deficiencies within the time allowed and has not responded in any way to Magistrate Judge Mix's May 18 Order. Therefore, the action will be dismissed without prejudice for failure to cure and failure to prosecute. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint for a Civil Case (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure deficiencies and failed to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __18th__ day of ___July___, 2023.

BY THE COURT:

    s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District