IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01227-LTB

MANSUR-ABDUL-MUHAIMAN: HASAN,

    Plaintiff,

v.

DAVID HALSETH CEO: Oregon Credit System, Inc.,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 18, 2023, it is hereby

    ORDERED that Judgment is entered in favor of the Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 18th day of July, 2023.

                           FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/C. Madrid
                                Deputy Clerk